UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL LUNA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PAMELA BONDI, et al.,<br><br>　　　　　Respondents. | Case No. 5:26-cv-00387-SRM-MAR<br><br>**ORDER REQUIRING RESPONSE TO PETITION** |

　　　Petitioner has filed a Petition for Writ of Habeas Corpus. ("Petition"). *See* Dkt. 1. To facilitate the just, speedy, and inexpensive determination of this action, the Court **ORDERS** the following:

　　　1.　The Clerk of Court is directed to serve a copy of the Petition and this order on Respondents and the United States Attorney for the Central District of California, or an authorized agent, consistent with Federal Rule of Civil Procedure 4(i) and Appendix C to the Local Rules.

　　　2.　Within three days of this order, counsel who will be handling the case on Respondents' behalf must enter a notice of appearance, if not already completed.

3. Respondents may file an answer to the Petition by February 2, 2026 Respondents must lodge with the Court all records bearing on Petitioner's claim(s) when the answer is filed.

4. Petitioner may file a reply within three days from the date the answer is served. Petitioner must lodge with the Court any records that Petitioner believes may be relevant to the Court's determination but was not lodged by Respondents.

5. A request by a party for an extension of time within which to file any of the pleadings required will be granted only for good cause. Such a request must be made in advance of the due date of the pleading. Any request must be accompanied by a declaration explaining why an extension of time is necessary and a proposed form order granting the requested extension. Such requests must state the opposing party's position.

6. Unless otherwise ordered by the Court, the Petition will be deemed submitted on the day after Petitioner's reply is filed or due.

7. The Petition references a request for immediate relief. *See* Dkt. 1 at 7–8. If Petitioner believes relief is required on a faster schedule than the one set out above, Petitioner must promptly file a separate application requesting for appropriate relief under the appropriate standard.

**IT IS SO ORDERED.**

Dated: January 30, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE