UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL LUNA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>PAMELA BONDI, et al.,<br><br>　　　　　　Respondents. | Case No. 5:26-cv-00387-SRM-MAR<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS [1]** |

　　　　On January 29, 2026, Petitioner Manuel Luna ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition"). *See* Dkt. 1. According to the verified allegations, Petitioner is a Mexican citizen. *Id.* at 6. He entered the United States over 35 years ago and was not apprehended upon arrival. *Id.* at 3. On October 20, 2025, immigration authorities arrested Petitioner and placed him in removal proceedings. *Id.* Petitioner claims Respondents are violating the Immigration and Nationality Act—namely, 8 U.S.C. § 1226(a)—because he has not been provided a bond hearing. *Id.* at 6–8. He asserts he is entitled to such a bond hearing as a member of the Bond Eligible Class certified in *Bautista v. Santacruz,* No. 5:25-cv-01873-SSS-BFM, 2025 WL 3713987, at *32 (C.D. Cal. Dec. 18, 2025). He thus requests that the Court either order his release or, alternatively, order Respondents to release him unless they provide him a bond hearing

within seven days. Dkt. 1 at 8. On February 4, 2026, Respondents filed an Answer to Petition for Writ of Habeas Corpus ("Answer"), conceding Petitioner is a member of the Bond Eligible Class in *Bautista*. *See* Dkt. 8 at 2. While Petitioner's deadline to file a reply has not yet passed, the Court finds this action may be resolved based on the Petition and Answer.

For the same reasons stated in the *Bautista* order, *see Bautista*, 2025 WL 3713987, at *8–22, the Court **GRANTS** the Petition. Respondents are **ENJOINED** from continuing to detain Petitioner unless he is provided with an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) within seven days of the date of this order. Respondents are **ORDERED** to file a declaration from a person with personal knowledge attesting that Petitioner received a bond hearing. That declaration is due on or before February 13, 2026.

**IT IS SO ORDERED.**

Dated: February 5, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE