J S - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MANUEL LUNA,

                    Petitioner,

          v.

PAMELA BONDI, et al.,

                    Respondents.

Case No. 5:26-cv-00387-SRM-MAR

**JUDGMENT**

Pursuant to the Order Granting Petition for a Writ of Habeas Corpus, the Petition for a Writ of Habeas Corpus is **GRANTED**. Dkt. 1. The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: February 5, 2026

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-1-